Decided March 11, 2009

## DEAN B. HOLLIDAY *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 656 (AC 28741), is denied.

*Dean B. Holliday*, pro se, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 11, 2009

## TIMOTHY ROBINSON *v.* COMMISSIONER OF CORRECTION

The petitioner Timothy Robinson's petition for certification for appeal from the Appellate Court, 112 Conn. App. 396 (AC 29281), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Joseph Visone*, special public defender, in support of the petition.

Decided March 11, 2009

## TANISHA YOUNGER *v.* MARK D. BELCHER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 901 (AC 29347), is denied.

*Mark D. Belcher*, pro se, in support of the petition.

Decided March 11, 2009